IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNST FORD : CIVIL ACTION
:
v. :
:
PHILLY TRANS BUS CO., ET AL : NO. 10-5373

**O R D E R**

**AND NOW**, this 4th day of April, 2011, upon consideration of Defendants Philly Transportation, LLC's and Eric Faust's Motion to Dismiss (Docket No. 6) and the Motion to Dismiss filed by the United Independent Union (Docket No. 5), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Motions to Dismiss are **GRANTED**.

2. The claims asserted pursuant to the First and Fourteenth Amendment are **DISMISSED WITH PREJUDICE**;

3. To the extent Plaintiff intended to assert claims pursuant to 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, or the Pennsylvania Human Relations Act, 43 Pa. Stat. Ann. § 951, *et seq.*, those claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing an amended complaint that alleges facts sufficient to support all of the elements of claims brought pursuant to those statutes.

4. The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova
---
John R. Padova, J.